1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 NIKOLAY VIDEV VITCHEV,            )
                                     )   No. C 08-0272 JW
13                      Plaintiff,   )
                                     )   **STIPULATION TO EXTEND TIME**
14       v.                          )   **WITHIN WHICH THE DEFENDANTS**
                                     )   **MUST FILE AN ANSWER**
15 MICHAEL B. MUKASEY, Attorney      )
   General of the United States, et al., )
16                                   )
                        Defendants.  )
17                                   )

18
        Plaintiff, by and through his attorney of record, and Defendants, by and through their
19
   attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day
20
   extension of time within which the Defendants must serve its answer in the above-entitled
21
   action.  The Defendants will file their answer on or before April 11, 2008.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27

28

STIPULATION TO EXTEND TIME
No. C 08-272 JW

Dated: March 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Dated: March 28, 2008

_____/s/_____
ALISA KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 31, 2008

_____
JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND TIME
No. C 08-272 JW                              2