**GRANTED**

*Judge James Ware*

4/10/2008

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NIKOLAY VIDEV VITCHEV, | ) | No. C 08-0272 JW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS;** |
| | ) | xxxxxxxxxx **ORDER** |
| MICHAEL B. MUKASEY, Attorney General of the United States, et al., | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action. If the application is approved, Plaintiff will be scheduled for the next available oath ceremony.

///

///

///

///

///

STIPULATION TO DISMISS
No. C 08-272 JW

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: April 9, 2008                      Respectfully submitted,

3 |                                           JOSEPH P. RUSSONIELLO
                                          United States Attorney

4 |

5 |                                                    /s/
                                         MELANIE L. PROCTOR[1]

6 |                                          Assistant United States Attorney

7 | Dated: April 9, 2008

8 |                                              /s/
                                         ALISA KAUFMAN

9 |                                          Attorney for Plaintiff

11 |                       xxxxxxxxxxx **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby

13 | TERMINATED.  The Clerk shall close the file.

15 | Date:  April 10, 2008

16 |                                     JAMES WARE
                                    United States District Judge

---

28 | [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-272 JW                   2